**Place of Offense:**

City _____ Hagåtña _____          **Related Case Information:**

Country/Parish _____          Superseding Indictment _____ Docket Number ____ MJ06-00018

Same Defendant _____ X _____          New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X____          Matter to be sealed: _____ Yes __X__ No

Defendant Name _____ Jia Wei Huang _____

Alias Name _____

Address _____

_____ China _____

RECEIVED

OCT - 6 2006

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

Birthdate xx/xx/1974 SS# _____ None _____ Sex __M__ Race __A__ Nationality__Chinese____

**U.S. Attorney Information:**

AUSA _Frederick A. Black___

**Interpreter:** _____ No _X_ Yes          List language and/or dialect: _____ Chinese (Mandarin) _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___1_____          _____ Petty __X__ Misdemeanor _____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _8 USC 1325(a)(1)_ | _Unlawful Entry by Alien_ | _1_ |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: _10-5-06_____          Signature of AUSA: _____ Fred A. Black _____