# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: MJ-06-00018 DATE: September 18, 2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori     Court Reporter: Cecilia Flores
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 3:06:40 - 3:20:01
CSO: B. Benavente

**APPEARANCES:**

Defendant: Jia Wei Huang     Attorney: G. Patrick Civille

☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black     U.S. Agent: Mike Hernandez, B.I.C.E.
U.S. Probation: Christopher Duenas     U.S. Marshal: C. Marquez / G. Perez
Interpreter: Foo Mee Chun Clinard     Language: Mandarin

**PROCEEDINGS: Initial Appearance re Information and Plea**

- Defendant sworn and examined.
- Plea entered: Guilty to Unlawful Entry by Alien.
- Sentencing set for: January 8, 2007 at 11:00 a.m.
- Presentence Report due to the parties: November 10, 2006.
- Presentence Report due to the Court: December 22, 2006.
- Defendant to remain in the custody of the U.S. Marshals Service as previously ordered in CR-06-00023.

NOTES: