DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>JIA WEI HUANG,<br><br>        Defendant. | MAGISTRATE CASE NO. 06-00018<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 11, 2006.

Dated this 18th day of September, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

ORIGINAL