CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*



**FILED**
DISTRICT COURT OF GUAM
JAN - 5 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00018 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S ACCEPTANCE OF PRESENTENCE REPORT** |
| JIA WEI HUANG, | ) | |
| Defendant. | ) | |

I. **Acceptance of Presentence Report.** Defendant, through counsel, accepts the findings set forth in the presentence report.

II. **Suggested Sentence.** Mr. Huang has been incarcerated five months. The maximum sentence is six months. Mr. Huang asks the Court to adopt the recommendation of the Probation Office. Mr. Huang is a refugee from the politically oppressive and religiously intolerant communist government of the People's Republic of China. He is but one literally millions of people who have fled to America during the past two hundred years in hopes of finding freedom and tolerance. He regrets that he broke the law in entering the United States, but this seemed to him a minor transgression when viewed as part of his quest for freedom. No punishment

this Court can oppose will be as severe as the penalty which will be imposed by an immigration judge of sending Mr. Huang back to China.

Accordingly, Mr. Huang requests that he be sentenced to time served.

Respectfully submitted this 5th day of January, 2007.

CIVILLE & TANG, PLLC

By   **G. PATRICK CIVILLE**
*Attorneys for Defendant*