# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# AMENDED MINUTES
# SENTENCING

CASE NO.: MJ-06-00018-001        DATE: January 08, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 10:42:24 - 10:52:35
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Jia Wei Huang*      Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black      U.S. Agent:
U.S. Probation: Carleen Borja      U.S. Marshal: C. Marquez / G. Perez
Interpreter: Foo Mee Chun Clinard      Language: Mandarin

**PROCEEDINGS: Sentencing**
- Government's oral motion to omit the recommendation of community service was granted by the Court.
- Defendant sentenced to probation for a term of <u>two years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:
```
The Court instructed Government counsel to submit the necessary pleading for dismissal in
CR-06-00023, pursuant to the plea agreement in this case.
```

```
*Amended to correct the defendant's name.
```