ORIGINAL

HUANG_J.ref

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JIA WEI HUANG, ) <br> ) <br> Defendant. ) <br> _____ ) | MAGISTRATE CASE NO. 06-00018 <br><br> PETITION TO REFUND OVERPAYMENT OF SPECIAL ASSESSMENT FEE |

## PETITION

On January 8, 2007, Defendant JIA WEI HUANG was sentenced, among other things, to pay a $10.00 special assessment fee. Plaintiff petitions the Court to refund the overpaid portion of the special assessment fee imposed against the Defendant:

1. The following assessment fee was imposed against Defendant:

    $10.00    Amount of assessment fee

    $20.00    Amount collected (see attachment A)

    $10.00    Amount overpaid

//
//
//

2. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $10.00 to Jia Wei Huang and mailing the check to his address as provided by our office.

3. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 2nd day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

- 2 -

# District Court of Guam
# Fees Report

Date Range: 01/01/2007 - 06/21/2007                                    Case: MJ-06-00018
    Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 03/09/2007 | 0031108 | Huang, Jia Wei | | |
| | | | MJ-06-00018: USA v. Huang<br>Party: Huang, Jia Wei<br>    Assessments/Fines | $ 10.00 |
| | | | Payment Type(s)<br>    Cash | $ 10.00 |
| 06/12/2007 | 0031633 | Huang, Jia Wei | | |
| | | | MJ-06-00018: USA v. Huang<br>Party: Huang, Jia Wei<br>    Assessments/Fines | $ 10.00 |
| | | | Payment Type(s)<br>    Cash | $ 10.00 |

