**HUANG_J.reford**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00018 |
| Plaintiff, | **O R D E R** |
| v. | Re: United States Petition to Refund Overpayment of Special Assessment Fee |
| JIA WEI HUANG, | |
| Defendant. | |

Based upon the Plaintiff's Petition to Refund Overpayment of Special Assessment, the Court hereby orders the overpaid portions of the special assessment fee in the amount of $10.00 shall be refunded to Jia Wei Huang by mailing a check to his last known address as provided by the Plaintiff. Any future payments made by Defendant shall be refunded to him.

**IT IS SO ORDERED**.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 28, 2007